DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LAZARO VERDUSCO-MERCADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 1:08-cr-00264 LJO |
| | ) |
| Plaintiff, | ) STIPULATION TO ADVANCE SENTENCING |
| | ) HEARING;  ORDER |
| v. | ) |
| | ) |
| LAZARO VERDUSCO-MERCADO, | ) Date:  May 22, 2009 |
| | ) Time:  9:00 A.M. |
| Defendant. | ) Judge: Hon. Lawrence J. O'Neill |
| | ) |
| ———————————————— | ) |

   **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

respective attorneys of record herein, that the sentencing hearing in the above-captioned matter now

scheduled for June 26, 2009, **may be advanced to May 22, 2009 at 9:00 a.m.**

   This advancement is requested by counsel for the defendant on the following grounds:   1)

Defendant has no objection to PSR;  2)  The parties have agreed on the recommended sentence;  3)  This

defendant has health problems, described in Paragraph 62 of the presentence report, that can be treated

more effectively in federal prison; and, 4) Government has no objection to this request.

///

///

///

///

1    Exclusion of time to complete sentencing is not required.

2                                              LAWRENCE G. BROWN
                                               Acting United States Attorney
3

4    DATED:  May 15, 2009              By   /s/ Laurel Montoya
                                               LAUREL MONTOYA
5                                              Assistant United States Attorney
                                               Attorney for Plaintiff
6

7                                              DANIEL J. BRODERICK
                                               Federal Defender
8

9    DATED:  May 15, 2009              By   /s/ Douglas J. Beevers
                                               DOUGLAS J. BEEVERS
10                                             Assistant Federal Defender
                                               Attorney for Defendant
11                                             LAZARO VERDUSCO-MERCADO

12

13                               **ORDER**

14   The request is both reasonable and is granted.

15

16

17   IT IS SO ORDERED.

     **Dated:    May 15, 2009**              /s/ **Lawrence J. O'Neill**
18                                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28